ORIGINAL

POLLY GATELEY
1515 Nuuanu Ave. #55
Honolulu, Hawaii 96817
Telephone No: (808) 537-5795
FAX:            (808) 521-8861
email: plgateley@hawaii.rr.com

Pro See

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 9 2007

at __1__ o'clock and __05__ min __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| POLLY GATELEY<br>LOREN W. GATELEY,<br>(Deceased April 28, 2006)<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>TRIPLER ARMY MEDICAL<br>CENTER,<br>Entities 1 - 200<br><br>Defendants | CIVIL NO: 07—131 DAE-BMK<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES; CERTIFICATE OF SERVICE<br><br>Scheduling Conference Date<br>June 4, 2007 @ 9:00 a.m.<br>before Magistrate Judge Barry M. Kurren |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF ALL CLAIMS AND PARTIES

PLEASE TAKE NOTICE that Plaintiff Pro See, is hereby dismissing without prejudice the above entitled action against Defendants above-named, pursuant to Rule 16 of the Federal Rules of Civil Procedure. Defendants have not yet filed an answer. There are no pending motions for summary judgment. The Plaintiff may re-file its respective Complaint at a later date.

DATED: HONOLULU, HAWAII _April 9_, 2007.

_____
Polly Gateley, Pro See, Pro See on behalf
of Loren W. Gateley (deceased April 28, 2006)

POLLY GATELEY
1515 Nuuanu Ave. #55
Honolulu, Hawaii 96817
Telephone No: (808) 537-5795
FAX:           (808) 521-8861
email: plgateley@hawaii.rr.com

Pro See

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| POLLY GATELEY <br> LOREN W. GATELEY, <br> (Deceased April 28, 2006) <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br> TRIPLER ARMY MEDICAL <br> CENTER, <br> Entities 1 - 200 <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL NO: 07—00041 DAE-BMK <br><br> CERTIFICATE OF SERVICE <br> (Notice of Dismissal without <br> prejudice of all claims and parties) |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a copy of the Notice of

Dismissal without prejudice of all claims and parties, was served on:

Katharyne P. Clark
Professional Liability Claims Attorney
Center Judge Advocate Office
Tripler Army Medical Center
1 Jarrett White Road
TAMC, HI 96859


by depositing a copy of same in the United States Mail, postage prepaid, this day,

addressed to the above-named at their last known address listed above.

DATED: HONOLULU, HAWAII   *April 9, 2007*.

*Polly Gateley*
Polly Gateley, Pro See on behalf of
Loren W. Gateley (deceased April 28, 2006)